## THE VINDEGGEN.

### (District Court, D. Maryland. July 3, 1918.)

SHIPPING ☞81(1)—NEGLIGENCE OF PILOTS—LIABILITY OF VESSEL OWNER.
  Where Norwegian vessel, having no choice under the law but to take
  Virginia pilot, was anchored by him in vicinity of government cables
  shown on charts as prohibited, and the anchor fouled the cables and
  caused damage, the ship was liable for such default of the pilot.

In Admiralty. Libel by the United States against the steamship
Vindeggen. Decree for the United States.

Samuel K. Dennis, U. S. Atty., of Baltimore, Md.
George Forbes, of Baltimore, Md., for respondent.

ROSE, District Judge. In this case the United States seeks to
recover against the Norwegian steamship Vindeggen for costs of re-
pairing damage done to a submarine telephone cable belonging to the
government, and underlying the waters of the James river in Hamp-
ton Roads, near Fortress Monroe.

There is practically no dispute as to the material facts. The ship
was in charge of a Virginia pilot. He brought it to anchor in the im-
mediate vicinity of the cables, and in a place in which anchorage of
ships was forbidden. This prohibition was clearly shown upon the
ordinary charts used by navigators. The ship's anchor fouled the
cables, and in consequence of the high wind which was blowing at that
time it was unusually difficult to disengage the ship from them, and
by reason thereof one of the cables was not only broken, but some
hundreds of feet of it were very badly damaged. The ship is liable for
the defaults of its pilot, although it had no choice under the law but
to take him.

It follows that the government is entitled to a decree against the
ship for the cost of repairing the damage.